No. 427. OSAKA SHOSEN KAISHA ET AL. *v.* PACIFIC EXPORT LUMBER COMPANY. October 17, 1921. Petition

for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. William H. Hayden* for petitioners. *Mr. Erskine Wood* for respondent.